JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL MURILLO, | NO. CV 16-2954-DOC (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| NEIL McDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 28, 2016

_____
DAVID O. CARTER
United States District Judge